AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| Northern | District of | California |
|---|---|---|

| UNITED STATES OF AMERICA<br>V.<br>**JUREAU ALTON IRVINE** | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | **4:06-CR-0026 TWH** | **3-09-70029 EDL** | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment    ☐ Information    ☐ Complaint    X Other (specify)

charging a violation of            **U.S.C. §**

**DISTRICT OF OFFENSE**

    **District of Alaska**

**DESCRIPTION OF CHARGES:**

    **Violation of Probation**

*FILED*

JAN 1 3 2009

HIC... .... W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

☐ Bail fixed at                    and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)    Deft waives Identity, Removal and Detention Hearings

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | X No | ☐ Yes | Language: |
|---|---|---|---|

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Jan 13 2009
Date

_____
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|